UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICHHEKA THOR,

        Petitioner,

    v.

JEN JOHNSON.; *et al.*,

        Respondents.
                                    /

No. C-14-3665 EMC (pr)

**ORDER OF DISMISSAL**

      On September 8, 2014, mail was sent from the Court to Petitioner at the address he provided on his initial filing in this action and was returned undelivered on September 17, 2014, marked "return to sender" and "NIC," with the latter being a common abbreviation for "not in custody." (Docket # 6.) Additional mail came back undelivered on October 6 and 8, 2014. (Docket # 9, # 10.) Petitioner has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the first mail was returned to the Court undelivered. Petitioner has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as

///
///
///
///
///
///

not deliverable and the *pro se* party fails to send a current address within sixty days of the return of the undelivered mail. This action is DISMISSED without prejudice because Petitioner failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

IT IS SO ORDERED.

Dated: November 24, 2014

_____
EDWARD M. CHEN
United States District Judge

2