UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICHHEKA THOR, | No. C-14-3665 EMC (pr) |
| Petitioner, | **ORDER** |
| v. | |
| JEN JOHNSON.; *et al.*, | |
| Respondents. | |

This action was dismissed without prejudice because Petitioner failed to keep the Court informed of his current address. Petitioner's motion for appointment of counsel, filed at the time he filed his petition, is **DENIED** because the action has been dismissed. Docket # 2.

IT IS SO ORDERED.

Dated: February 27, 2015

EDWARD M. CHEN
United States District Judge